UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Hadley Deruyver, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>Omni La Costa Resort & Spa, LLC, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.:  17-cv-00516-H-AGS<br><br>**NOTICE AND ORDER: (1) FOR EARLY NEUTRAL EVALUATION AND (2) SETTING RULE 26 COMPLIANCE AND CASE MANAGEMENT CONFERENCE** |

An Early Neutral Evaluation and Case Management Conference will be held in the Chambers of Magistrate Judge Andrew G. Schopler on **May 12, 2017**, at **2:00 p.m.**  Absent express Court permission, and notwithstanding the pendency of any motion, the parties must timely comply with the following dates, deadlines, and mandatory instructions:

　　　1.　　**Directions to Chambers**: Judge Schopler's Chambers are located at the Edward J. Schwartz U.S. Courthouse, 221 West Broadway, Suite 5160, San Diego, California 92101.  In order to gain access to Chambers, the parties should take the elevator to the 5th Floor, turn to face the double doors (labeled "Authorized Personnel Only" and "5150"), and press the wall buzzer labeled "**#15 JUDGE SCHOPLER**."

　　　2.　　**Purpose of the ENE**: The ENE's purpose is to permit an informal discussion between the attorneys, parties, and the settlement judge of every aspect of the lawsuit in an effort to achieve an early resolution.  All ENE discussions will be informal, off the record,

privileged, and confidential. Counsel for any non-English-speaking parties is responsible for supplying any interpreters.

3. **<u>Mandatory Personal Appearances</u>**: All parties, adjusters for insured defendants, the principal attorneys, and any other party representatives with full settlement authority must be present **in person** and prepared to discuss settlement. If any attorneys appear without their clients, the Court may impose sanctions. Any principal attorneys who are not already listed on the docket as an "*ATTORNEY TO BE NOTICED*," shall file their appearances as soon as possible.

4. **<u>Mandatory Full Settlement Authority</u>**: To reiterate, a party or party representative with full settlement authority[1] must be present. In the case of a corporate entity, the corporation's authorized representative—who is not retained outside counsel—must be present, with full settlement authority. Representatives must be empowered to settle the case up to the plaintiff's demand without consulting a superior. Government attorneys are excused from this requirement, so long as they have primary responsibility for the case and the power to recommend a resolution to the ultimate settlement authority.

5. **<u>ENE Statements Required</u>**: At least seven business days before the ENE, the parties shall email efile_schopler@casd.uscourts.gov with their ENE statements, which shall be no longer than five pages. Each statement must outline the nature of the case, the claims, the defenses, the parties' settlement positions, and all ENE attendees for that side, including the names, titles, and positions. The settlement position must include a specific and current demand or offer addressing all relief or remedies sought. If a specific demand

---

[1] "Full settlement authority" means that the individuals at the settlement conference must be authorized to explore settlement options fully and to agree at that time to any settlement terms acceptable to the parties. *Heileman Brewing Co. v. Joseph Oat Corp.*, 871 F.2d 648, 653 (7th Cir. 1989). The person needs to have "unfettered discretion and authority" to change the settlement position of a party. *Pitman v. Brinker Int'l, Inc.*, 216 F.R.D. 481, 485-86 (D. Ariz. 2003). A limited or a sum certain of authority is not adequate. *See Nick v. Morgan's Foods, Inc.*, 270 F.3d 590, 595-97 (8th Cir. 2001).

or offer cannot be made, then the reasons for this must be set forth. If exhibits are attached and the total submission amounts to more than 20 pages, a courtesy hard copy must also be delivered directly to Chambers. At their discretion, the parties may choose to share their statements with opposing counsel or to keep them confidential.

6. **Magistrate Judge Consent Forms**: If **all** parties consent to the Magistrate Judge exercising jurisdiction to conduct all proceedings, including trial, each party must provide plaintiff's counsel with an executed copy of the attached consent form, entitled "Notice, Consent, and Reference of a Civil Action to a Magistrate Judge." In order to facilitate easy administration, plaintiff should file these consent forms in paper format at the Clerk's Office as soon as possible. *See* Local Civil Rule 73.1. If the paper forms reflect consent by all parties, then the forms will be forwarded to the assigned District Judge for approval. The consent forms should **not** be filed with the court electronically. The parties are free to withhold consent without adverse consequences. In fact, unless all parties consent to the Magistrate Judge's jurisdiction, no judicial officer will be informed about the consent forms or their contents. Questions related to the consent forms should be directed only to the Clerk's Office at (619) 557-5600. Please do not call Chambers' staff with questions on this issue.

7. **Notice to New Parties**: If any parties respond to the complaint after today's date, plaintiff's counsel must promptly notify them about the ENE and this Order.

8. **Case Management**: A Joint Discovery Plan must be filed on the CM/ECF system as well as lodged with Judge Schopler by emailing the Plan to efile_schopler@casd.uscourts.gov as set out below. If the Plan with its attachments exceeds 20 pages, a courtesy paper copy must be delivered to Judge Schopler's Chambers. If the parties wish to modify the tentative discovery dates or limitations listed below (confirmed dates are boldfaced; tentative dates are not), the Plan must set forth case-specific good cause for the proposed modifications.

| CASE MANAGEMENT SCHEDULE ||
|---|---|
| **Event** | **Deadline** |
| Rule 26(f) Conference | **April 6, 2017** |
| Rule 26 Initial Disclosures | **April 20, 2017** |
| Joint Discovery Plan | **May 5, 2017** |
| ENE Statements | **May 5, 2017** |
| ENE and CMC | **May 12, 2017**, at **2:00 p.m.** |
| Motions to Amend | June 9, 2017 |
| Expert Witness Designations | September 29, 2017 |
| Expert Witness Disclosures | October 13, 2017 |
| Rebuttal Expert Witness Designations | October 27, 2017 |
| Rebuttal Expert Witness Disclosures | November 10, 2017 |
| Fact Discovery Completion | December 8, 2017 |
| Expert Discovery Completion | December 8, 2017 |
| Pretrial Motions | January 19, 2018 |
| MSC Statements | March 28, 2018 |
| Mandatory Settlement Conference | April 2, 2018, at 9:00 a.m. |
| Rule 26(a)(3) Disclosures | April 16, 2018 |
| Memo of Contentions | April 16, 2018 |
| Meet and Confer on the PTO | April 23, 2018 |
| Draft PTO to Defense Counsel | April 30, 2018 |
| Lodge PTO | May 7, 2018 |
| Final Pretrial Conference | May 14, 2018, at 10:30 a.m. |
| DISCOVERY LIMITATIONS ||
| **Discovery Type** | **Restriction (Per Side)** |
| Depositions | No more than 7 |

| Requests for Admission | No more than 20 |
|---|---|
| Interrogatories | No more than 20 |
| Requests to Produce Documents | No more than 20 |

9.      **Requests to Continue or Reschedule an ENE**:  Under Local Rule 16.1.c, the ENE should take place within 45 days of the first answer.  Thus, requests to continue ENEs are granted rarely and only in extraordinary circumstances.  By itself, the burden of long-distance travel is typically insufficient justification for a continuance.

10.     **Pre-ENE Settlement**: If the parties resolve the matter before the ENE, they must telephone Judge Schopler's Chambers as soon as possible.  In order for the ENE to be vacated and personal appearances excused, the parties must:

    a. File a Joint Motion to Dismiss and separately email the assigned District Judge a proposed order; or

    b. File a Settlement Notice containing the electronic signatures of counsel for all settling parties; or

    c. Obtain Court approval to vacate the ENE and avoid personal appearances, by explaining in the telephone call to Judge Schopler's Chambers the extraordinary circumstances that prevent the parties from complying with options a or b, above.

Dated:  March 24, 2017

_____
Hon. Andrew G. Schopler
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Hadley Deruyver, et al., <br> Plaintiff(s) <br><br> v. <br><br> Omni La Costa Resort & Spa, LLC, et al., <br> Defendant(s) | Case No.: 17-cv-00516-H-AGS <br><br> **NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE** |

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties ☐ Consent  / ☐ Do Not Consent*

to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Printed Names* | *Signatures of all parties **and** counsel for all parties* | *Dates* |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

## REFERENCE ORDER

**IT IS ORDERED:** This case is referred to United States Magistrate Judge Andrew G. Schopler, to conduct all proceedings and order entry of a final judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73, and CivLR 73.1.

| | |
|---|---|
| Date | United States District Judge |

\*   Pursuant to Civil Local Rule 73.1, **if (and only if) all parties have consented** to the reference to a magistrate judge, then Plaintiff shall file the consent form(s) in paper format at the Clerk's Office.